# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RICHARD LEWIS BELL, SR., 10006437

    Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. 3:11-cv-286-MW-CJK

DAVID MORGAN, Sheriff of
Escambia County, Florida.

_____

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (ECF No. 24) filed July 24, 2012. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk shall enter judgment stating, "The complaint is dismissed without prejudice." The clerk shall close the file.

SO ORDERED on January 7, 2013.

                                             s/Mark E. Walker        
                                             United States District Judge